

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00129-CV

**IN THE ESTATE OF** Jose Alfredo **MENDOZA, DECEASED**

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Romero Molina, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellees' Motion for Rehearing and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court